**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Simone MATA–HERNANDEZ,
Defendant–Appellant.**

**No. 05–30619.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 12, 2006.

Patricia C. Lally, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Mark W. Muenster, Esq., Vancouver, WA, for Defendant–Appellant.

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

MEMORANDUM **

Simone Mata–Hernandez appeals from his guilty-plea conviction and 60–month sentence imposed for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Mata–Hernandez has filed a brief stating there are no grounds for relief, and a motion to withdraw as

counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

Appellant's request for new counsel on appeal is denied.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

